# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BEATRIZ ELENA HERNANDEZ, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00158-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 20, 2023 Order of Remand.

March 20, 2023

_____

Frank G. Johns, Clerk
United States District Court